**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation, <br><br> Plaintiff, <br><br> vs. <br><br> Radha Krishna Lodging Inc., a Michigan corporation; and Harshadkumar Bhaichandbhai Patel, an individual, <br><br> Defendants. | No. CV-10-865-PHX-DGC <br><br> **ORDER** |

Defendants have filed a motion for leave to file an untimely answer. Dkt. #10. No response has been filed, and the time for doing so has expired. *See* LRCiv 7.2(c); Fed. R. Civ. P. 6(d). Pursuant to Rule 7.2(i) of the Court's Local Rules of Civil Procedure, and in the interest of justice, the Court will grant the motion.

The motion and proposed answer (Dkt. #11) do not conform to the Court's Local Rules. *See* LRCiv 7.1. Counsel for Defendants must become familiar with, and follow, the Court's Local Rules. A copy of those rules may be obtained in the Clerk's Office and are available online at the Court's Internet website: www.azd.uscourts.gov (follow hyperlink titled "Opinions/Orders/Rules"). Defendants shall, by July 9, 2010, file an answer in conformance with the Local Rules.

**IT IS ORDERED:**

1. Defendants' motion for leave to file answer (Dkt. #10) is **granted**.
2. Defendants shall have until **July 9, 2010** to file an answer.
3. The Court will set a case management conference by separate order.

DATED this 24th day of June, 2010.

_David G. Campbell_
United States District Judge