**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Best Western International, Inc., an Arizona non-profit corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>Radha Krishna Lodging Inc., a Michigan corporation; and Harshadkumar Bhaichandbhai Patel, an individual,<br><br>    Defendants. | No. CV-10-865-PHX-DGC<br><br>**JUDGMENT** |

The parties have file a stipulation for entry of judgment. Doc. 43. Pursuant to that stipulation,

**IT IS ORDERED** that **final judgment** is entered in favor of Plaintiff and against Defendants in the amount of **$80,000.00**, less any amounts paid by Defendants after the date of this judgment, including the legal rate of interest allowed under the law from entry of the judgment until the amount owed is paid in full.

DATED this 16th day of December, 2010.

_David G. Campbell_
United States District Judge